## HAMMOND *v.* MASSACHUSETTS.
## McNEAL *v.* MASSACHUSETTS.
## CLARK *v.* MASSACHUSETTS.

**ERROR TO THE SUPERIOR COURT OF MASSACHUSETTS.**

Nos. 240, 241, 242. Submitted February 27, 1866.—Decided March 26, 1866.

*McGuire* v. *Massachusetts*, 3 Wall. 387, followed.

MR. JUSTICE NELSON delivered the opinion of the court.

Enter in these cases the same judgment as in *McGuire* v. *Commonwealth of Massachusetts*, 3 Wall. 387.

*Mr. N. Richardson* and *Mr. C. Cushing* for plaintiffs in error.

*Mr. C. J. Reed* and *Mr. D. Foster* for defendant in error.